**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLIN WILLIAM HEBERT, <br> Petitioner, <br> v. <br><br> D.G. ADAMS, Warden, <br> Respondent. | EDCV 15-2623-PSG (KS) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 9/13/10

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE